IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

FRANCES E. BEATTIE, as Personal            *
Representative of the Estate of ARTHUR
ARTHUR R. YODER, Deceased
                                           *
      Plaintiff
                                           *
v.                                             Civil Action No. JFM03CV448
                                           *
ACandS, Inc., et al.,
                                           *
      Defendants
*   *   *   *   *   *   *   *   *   *   *   *   *

CERTIFICATE OF SERVICE

    I hereby certify that on March 17, 2003, a copy of Hopeman Brother's Inc.'s Certificate of Filing of State Court Papers which was electronically filed in this case on March 17, 2003, was mailed, via first class mail, postage prepaid, to:

    Peter T. Nicholl, Esquire
    The Law Offices of Peter T. Nicholl
    36 South Charles Street, Suite 1700
    Baltimore, MD 21201

    Mauricio E. Barreiro, Esquire
    15 E. Chesapeake Avenue
    Towson, MD 21286

    Donald S. Meringer, Esquire
    McCarter & English, LLP
    300 E. Lombard Street, Suite 1000
    Baltimore, MD 21202

    John J. Nagle, III, Esquire
    Bodie, Nagle, Dolina, Smith & Hobbs, PA
    21 W. Susquehanna Avenue
    Towson, MD 21204

    Steven J. Parrott, Esquire
    Parrott & Donahue
    18 West Street
    Annapolis, MD 21401

Paul A. Weykamp, Esquire
Law Offices of Paul A. Weykamp, PA
110 St. Paul Street, Suite 300
Baltimore, MD  21202

James L. Mann, Esquire
Law Offices of James L. Mann
409 Washington Avenue, Suite 600
Towson, MD  21204


Date:  03/17/03                              /s/
                                    David W. Allen (#00208)
                                    Goodell, DeVries, Leech & Dann, LLP
                                    One South Street, 20th Floor
                                    Baltimore, MD  21202
                                    Phone:  (410) 783-4000
                                    Fax:  (410) 783-4040

                                    Attorney for Defendants, HOPEMAN BROTHERS, INC.

463936v1

2